DANA M.O. VIOLA         6095
Corporation Counsel

DANIEL M. GLUCK         7959
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawai'i  96813
Telephone:  (808) 768-5233
Facsimile:  (808) 768-5105
Email address: daniel.gluck@honolulu.gov

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BENJAMIN NELSON, COREY KAHALAWAI, KIRK KAMA, HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>HONOLULU CITY AND COUNTY,<br><br>Defendant. | CIVIL NO. 1:24-CV-00100 MWJS-RT<br><br>**FIRST** JOINT REQUEST AND ORDER FOR CONTINUANCE OF BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF No. 2)<br><br>No trial date set |

**FIRST JOINT REQUEST AND ORDER FOR CONTINUANCE OF BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs BENJAMIN NELSON, COREY KAHALAWAI, KIRK KAMA,

and HAWAII FIREARMS COALITION (collectively, "Plaintiffs") and Defendant

CITY & COUNTY OF HONOLULU ("Defendant"), by and through undersigned counsel, jointly request that the Court continue the briefing schedule for the opposition and reply briefs to Plaintiffs' Motion for Preliminary Injunction, filed herein on March 1, 2024 (ECF No. 2), by three weeks.  The parties respectfully request that Defendant's opposition brief would be due no later than April 25, 2024, and Plaintiffs' reply brief would be due no later than May 9, 2024.

The Plaintiffs continue to maintain that they are being irreparably harmed because of Defendant's actions.  The parties stipulate and agree that this act of a joint request for a continuance and the granting of a joint continuance does not eliminate any irreparable harm that may exist or in any way lessen Plaintiffs' argument regarding irreparable harm.  The parties further stipulate and agree that the Court should not consider the act of a joint request for a continuance nor the granting of a joint continuance to lessen or impact Plaintiffs' arguments or to lessen or impact any findings of fact as they relate to irreparable harm.

//

//

//

//

//

//

All parties who have appeared in this action have signed this joint request.

This is the first joint request for a continuance filed in this case.

DATED: Honolulu, Hawaiʻi, April 1, 2024.

/s/ Kevin G. O'Grady
KEVIN GERARD O'GRADY
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaiʻi 96813
Kevin@KevinOGradyLaw.Com

/s/ Alan A. Beck
ALAN ALEXANDER BECK
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs BENJAMIN NELSON, COREY KAHALAWAI, KIRK KAMA, and HAWAII FIREARMS COALITION

/s/ Daniel M. Gluck
DANIEL M. GLUCK
Deputy Corporation Counsel
Attorney for Defendant
CITY AND COUNTY OF HONOLULU

**APPROVED AND SO ORDERED:**



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

Civil No. 24-00100 MWJS-RT; *BENJAMIN NELSON, et al. v. Honolulu City and County*; FIRST JOINT REQUEST AND ORDER FOR CONTINUANCE OF BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION