DANA M.O. VIOLA            6095
Corporation Counsel

DANIEL M. GLUCK            7959
Deputy Corporation Counsel
Department of the Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaiʻi  96813
Telephone:  (808) 768-5233
Facsimile:  (808) 768-5105
Email address: daniel.gluck@honolulu.gov

Attorneys for Defendant
City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| BENJAMIN NELSON, COREY KAHALAWAI, KIRK KAMA, HAWAII FIREARMS COALITION,<br><br>Plaintiffs,<br><br>vs.<br><br>HONOLULU CITY AND COUNTY,<br><br>Defendant. | CIVIL NO. 24-00100 MWJS-RT<br><br>SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>No trial date set |

**SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiffs BENJAMIN NELSON, COREY KAHALAWAI, KIRK KAMA,

and HAWAII FIREARMS COALITION (collectively, "Plaintiffs") and Defendant

CITY & COUNTY OF HONOLULU ("Defendant"), by and through undersigned counsel, hereby stipulate and agree to extend the time whereby the County Defendant may respond to Plaintiffs' Complaint, filed herein on March 1, 2024 (ECF No. 1) and served on March 6, 2024, to <u>May 8, 2024</u>, so that the parties may continue settlement discussions.

All parties who have appeared in this action have signed this stipulation. This is the second stipulation filed in this case. The first stipulation (ECF No. 19) was entered on April 4, 2024, and extended the time for a responsive pleading to the Complaint (ECF No. 1) to April 17, 2024.

DATED:  Honolulu, Hawaiʻi, April 16, 2024.

/s/ Kevin G. O'Grady
KEVIN GERARD O'GRADY
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaiʻi 96813
Kevin@KevinOGradyLaw.Com

/s/ Alan A. Beck
ALAN ALEXANDER BECK
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs BENJAMIN NELSON, COREY KAHALAWAI, KIRK KAMA, and HAWAII FIREARMS COALITION

2

/s/ *Daniel M. Gluck*
DANIEL M. GLUCK
Deputy Corporation Counsel
Attorney for Defendant
CITY AND COUNTY OF HONOLULU

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, April 16, 2024.



Rom A. Trader
United States Magistrate Judge

Civ. No. 24-00100 MWJS-RT; *Benjamin Nelson, et al. v. Honolulu City and County*; Second Stipulation Extending Time to Respond to Complaint